## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50380 (JTD) |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

Address of Clerk:

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         mcguire@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (*pro hac vice* pending)
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: holleys@sullcrom.com
         dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         dunnec@sullcrom.com
         kranzleya@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | United States Bankruptcy Court | Room: |
| | 824 Market Street | 5th Floor, Courtroom No. 5 |
| | Wilmington, DE 19801 | |
| | | Date and Time: |
| | | June 28, 2023 at 1:00 p.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Dated: May 18, 2023

*/s/ Una O'Boyle*
*Clerk of the Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50380 (JTD) |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you.  It fosters an environment where offers can be discussed and exchanged.  In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement.  The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential.  You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator.  At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision.  If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding.  If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated:  May 18, 2023                              */s/ Una O'Boyle*_____
                                                          Clerk of Court

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Case No. 22-11068 (JTD) |
| _____ | ) | |
| | ) | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST | ) | |
| REALM SHIRES SERVICES, INC., | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 23-50380 (JTD) |
| -against- | ) | |
| | ) | |
| MICHAEL GILES, et al., | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STATE OF DELAWARE | } |
| | } ss. |
| COUNTY OF NEW CASTLE | } |

I, John Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 22nd day of May, 2023, at 12:10 p.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on:

1. **BCIP Venture Associates II-B LP**
2. **BCIP Venture Associates II LP**

by serving the registered agent, Maples Fiduciary Services (Delaware), Inc., 4001 Kennett Pike, Suite 302, Wilmington, DE 19807.

Name of individual accepting service: Niesha Jenkins - Authorized to Accept.
Description of individual: African American, female, 40-45 years of age, 5'4" tall, 150lbs with brown hair.

_____

Subscribed and sworn before me
This 23rd day of May, 2023

_____
Notary Public
My commission expires: _____

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Case No. 22-11068 (JTD) |
| _____ | ) | |
| | ) | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST | ) | |
| REALM SHIRES SERVICES, INC., | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 23-50380 (JTD) |
| | ) | |
| -against- | ) | |
| | ) | |
| MICHAEL GILES, et al., | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STATE OF DELAWARE | } |
| | } ss. |
| COUNTY OF NEW CASTLE | } |

I, Bradley Olin, of the State of Delaware, County of New Castle, being duly sworn, says that on the 22nd day of May, 2023, at 1:12 p.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on **The 2016 Karkal Family Trust,** 29 Bancroft Mills Rd., Wilmington, DE, 19806.

Name of individual accepting service: James Horty III - Authorized to Accept.
Description of individual: Male, Caucasian, 40-45 years of age, 5'9, 160lbs, bald.

Subscribed and sworn before me
This 23rd day of May, 2023

_____
Notary Public
My commission expires: _____

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Case No. 22-11068 (JTD) |
| _____ | ) | (Jointly Administered) |
| | ) | |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST | ) | |
| REALM SHIRES SERVICES, INC., | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 23-50380 (JTD) |
| -against- | ) | |
| | ) | |
| MICHAEL GILES, et al., | ) | |
| Defedants. | ) | |

STATE OF DELAWARE     }
                      }ss.
COUNTY OF NEW CASTLE   }

I, John Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 22nd day of May, 2023, at 12:30 p.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on:

1. **Fin VC Regatta I, LP**
2. **Liquid 2 Ventures Fund II, LP**
3. **Operator Partners LLC**
4. **Soma Capital Fund III Partners LLC**
5. **SOMA Capital Fund, III, LP**
6. **Torch Capital II, LP**
7. **TriplePoint Venture Lending Fund, LLC**
8. **Y Combinator ES20, LLC**

by serving the registered agent, Corporation Service Company at 251 Little Falls Drive Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares – Authorized to Accept.
Description of individual: Caucasian female, 40-45 yrs. old, 150 lbs., 5'5" with brown hair.

_____

Subscribed and sworn before me
This 24th day of May, 2023

_____
Notary Public
My commission expires: _____

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Case No. 22-11068 (JTD) |
| _____ | ) | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST | ) | |
| REALM SHIRES SERVICES, INC., | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 23-50380 (JTD) |
| -against- | ) | |
| | ) | |
| MICHAEL GILES, et al., | ) | |
| Defendants. | ) | |

STATE OF DELAWARE    }
                                          }ss.
COUNTY OF NEW CASTLE    }

I, John Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 22nd day of May, 2023, at 11:28 a.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on:

1. **TriplePoint Ventures 5 LLC**
2. **Propel Venture Partners US Fund I LP**
3. **Propel Venture Partners, LLC**
4. **Launchpad Capital Fund I LP**
5. **Homebrew Ventures III, LP**
6. **Buckley Ventures, LP**
7. **Buckley Ventures GP, LLC**

by serving the registered agent, Corporation Trust Company 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Chimere Brooks- Authorized to Accept.
Description of individual: African-American, female, 35-40 years of age, 5'7" tall, 170lbs with black hair.

_____

Subscribed and sworn before me
This 23rd day of May, 2023

_____
Notary Public
My commission expires: _____

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 23-50380 (JTD) |
| -against- | ) | |
| | ) | |
| MICHAEL GILES, et al., | ) | |
| Defendants. | ) | |

STATE OF DELAWARE      }

    }ss.

COUNTY OF NEW CASTLE      }

I, John Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 22nd day of May, 2023, at 11:28 a.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on:

1. **Fairchild Fund III, LLC**
2. **SWS Holding Company, LLC**

by serving the registered agent, National Registered Agents, Inc., 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Chimere Brooks- Authorized to Accept.
Description of individual: African-American, female, 35-40 years of age, 5'7" tall, 170lbs with black hair.

_____

Subscribed and sworn before me
This 23rd day of May, 2023

_____
Notary Public
My commission expires: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                        Chapter 11

FTX TRADING LTD., et al.,                                     Case No. 22-11068(JTD)

        Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

        Plaintiffs,

  -against-

MICHAEL GILES, ET AL.,

        Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 22nd day of May 2023, I personally served of a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Resident Agents, Inc. Located at the address of 8 The Green, Suite R, Dover, DE 19901

20VC, LP

CHRIS GOLDA INVESTMENTS, LP

PARTY ROUND, LLC

Name of individual served: Charlotte Banice at 2:50 pm

Description of individual: African American female, approximately 50-55 years old with brown hair, 5'10 in height and 240 lbs.

Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 22nd day of May 2023

Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 30, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11

FTX TRADING LTD., et al.,                                 Case No. 22-11068(JTD)

        Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

        Plaintiffs,

   -against-

MICHAEL GILES, ET AL.,

        Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Sean Boykevich, of the State of Delaware, County of Kent, being duly sworn, says that on the 22nd day of May 2023, I personally served of a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Resident Agents, Inc. Located at the address of 8 The Green, Suite R, Dover, DE 19901

  NOT BORING CAPITAL LP

Name of individual served: Charlotte Banice at 10:40 am

Description of individual: African American female, approximately 50-55 years old with brown hair, 5'10 in height and 240 lbs.

Sean Boykevich
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 22nd day of May 2023

Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 20, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11

FTX TRADING LTD., et al.,                                 Case No. 22-11068(JTD)

        Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

        Plaintiffs,

   -against-

MICHAEL GILES, ET AL.,

        Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Sean Boykevich, of the State of Delaware, County of Kent, being duly sworn, says that on the 22nd day of May 2023, I personally served of a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Resident Agents, Inc. Located at the address of 8 The Green, Suite R, Dover, DE 19901


CHRIS GOLDA INVESTMENTS LP


Name of individual served: Charlotte Banice at 10:40 am

Description of individual: African American female, approximately 50-55 years old with brown hair, 5'10 in height and 240 lbs.

_____

Sean Boykevich
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 22nd day of May 2023

_____
Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 20, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              Chapter 11

FTX TRADING LTD., et al.,                           Case No. 22-11068(JTD)

      Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

      Plaintiffs,

   -against-

MICHAEL GILES, ET AL.,

      Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 18th day of May 2023, I personally served a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Cogency Global Inc. Located at the address of 850 New Burton Road, Suite 201, Dover, DE 19904

LGF II, LP

PRUVEN CAPITAL PARTNERS FUND I, LP

TI PLATFORM FUND II, LP

TRANSPOSE PLATFORM FINTECH FUND II, L.P.

Name of individual served: Shawn Ellis at 3:15 pm

Description of individual: African American male, approximately 30-35 years old with brown hair, 6'3 in height and 180 lbs.

Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 18th day of May 2023

Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 202100190000000
My Commission Expires August 20, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                          Chapter 11

FTX TRADING LTD., et al.,                                       Case No. 22-11068(JTD)

      Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

      Plaintiffs,

   -against-

MICHAEL GILES, ET AL.,

      Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 18th day of May 2023, I personally served of a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Resident Agents, Inc. Located at the address of 8 The Green, Suite R, Dover, DE 19901

CORRELATION VENTURES II, LP

Name of individual served: Charlotte Banice at 3:40 pm

Description of individual: African American female, approximately 50-55 years old with brown hair, 5'10 in height and 240 lbs.

Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 18th day of May 2023

Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 20, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11

FTX TRADING LTD., et al.,                                 Case No. 22-11068(JTD)

        Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

        Plaintiffs,

   -against-

MICHAEL GILES, ET AL.,

        Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 18th day of May 2023, I personally served a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Zenbusiness Inc. Located at the address of 611 South Dupont Highway, Suite 102, Dover, DE 19901

KICK THE HIVE LLC

Name of individual served: Nicholas Biglota at 3:50 pm

Description of individual: Caucasian male, approximately 40-45 years old with brown hair, 6'2 in height and 250 lbs.

_____
Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 18th day of May 2023

_____
Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000083
My Commission Expires August 30, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                Chapter 11

FTX TRADING LTD., et al.,                             Case No. 22-11068(JTD)

       Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

       Plaintiffs,

  -against-

MICHAEL GILES, ET AL.,

       Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 22nd day of May 2023, I personally served a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Cogency Global Inc. Located at the address of 850 New Burton Road, Suite 201, Dover, DE 19904

 MOTIVATE VENTURES FUND I, LP

MOTIVATE VENTURES QP FUND I LP

Name of individual served: Ryan Chasteen at 3:40 pm

Description of individual: Caucsian male, approximately 30-35 years old with brown hair, 5'9 in height and 275lbs.

Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 22nd day of May 2023

_____
Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 20, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

FTX TRADING LTD., et al.,                       Case No. 22-11068(JTD)

       Debtors,

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

       Plaintiffs,

  -against-

MICHAEL GILES, ET AL.,

       Defendants,

## AFFIDAVIT OF CORPORATE SERVICE

I, Tina Irizarry, of the State of Delaware, County of Kent, being duly sworn, says that on the 22nd day of May 2023, I personally served of a Summons and Notice of Pretrial Conference with Complaint by serving the registered agent known as Corporations USA, LLC. Located at the address of 30815 Phillips Branch Road, Millsboro, DE 19966


TREASURY FUND I, LP


Name of individual served: William Reif at 10:12 am

Description of individual:  Caucasian male, 5'7, 275lbs, brown hair, 50-55 years old

Tina Irizarry
Parcels, Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 22nd day of May 2023

Notary Public
My commission expires:

Lori Ann Miller
Notary Public
State of Delaware
Kent County
No. 20210819000003
My Commission Expires August 20, 2023



# Affidavit of Service

Firm: _Landis RaTh_    Reference No. _FiX U Giles_

I, _Deborah Boyer_ , declare as follows:
   **(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The following document(s), _#1  /Summons_ , in the following case, _22-11068_ , was/were delivered by the following method(s):

Quantity Sent *(Check any that apply):*

☑ _61_  First Class Mail

☐ _____  Priority Mail

☐ _____  Express Mail

☐ _____  International Mail

☑ _1_  Federal Express

☐ _____  Hand Delivery

☐ _____  Email

☐ _____  Fax

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on _5-18-2023_ in Wilmington, DE.

_Deborah Boyer_  Parcels, Inc., Representative.
   *(Employee Signature)*

Aaron Frank
11819 Rosalinda Dr.,
Potomac, MD 20854

AAVCF3 LP
2443 FILLMORE ST STE 380-1238,
San Francisco, CA 94115

Acrew Capital MGP, LLC
473 Jackson Street,
3rd Floor, San Francisco, CA 94111

Acrew Capital Fund, L.P
471 Emerson Street,
Palo Alto, CA 94301

Acrew Capital MGP, LLC
473 Jackson Street 3rd Floor
San Francisco, CA 94111

Acrew Capital Fund (A), L.P
3004 16TH STREET, 4TH FLOOR,
SAN FRANCISCO, CA  94103

Adam Boryenace
15468 W. Auburn Ave.,
Denver, CO 80228

Adapt VC LLC
10408 W STATE RD 84, STE 101,
Davie, FL, 33324

Alumni Ventures Group- Embedded Financial Trust A
AV Headquarters, 670 North Commercial Street,
Suite 403,
Manchester, NH 03102

Alumni Ventures Group Embedded Trust Basecamp
Fund 201
AV Headquarters, 670 North Commercial Street,
Suite 403,
Manchester, NH 03102

Bain Capital Venture Fund 2019 LP
200 Clarendon Street,
Boston, MA 02116

BCV 2019-MD Primary LP
200 CLARENDON STREET,
BOSTON, MA 02116

Benjamin Londergan
427 E Russell,
Barrington, IL 60010

Brandon Mann
15 E. Street SE,
Auburn, WA 98002

Brent Johnson
302 SE 105th Ave., Apt. 61,
Portland, OR 97216

Carol H. Duggan Revocable Living Trust
29 Woodland Rd.,
Sewickley, PA 15143

Cathexis Subsidiaries GP, LLC
1000 LOUISIANA ST
SUITE 7000,
HOUSTON, TX 77002

Cathexis Ventures LP
1000 LOUISIANA ST
SUITE 7000,
HOUSTON, TX 77002

Christian Nordby
8026 Okean Terrace
Los Angeles, CA 90046

Christopher Harper
300 Ashland Place, 28D
Brooklyn, NY, 11217

Christopher Young
5806 NE 32nd Pl.,
Portland, OR 97211-6712

Clayton Gardner
147 Waverly Place #6E
New York, NY 10014

Craig Shindledecker
1165 S Welch Cir.,
Lakewood, CO 80228

David Meents
16963 SE Pacific Crest Trail PL,
Happy Valley, OR 97086

David Streckert
3163 NE Regents Drive,
Portland, OR 97212

Dena Wever
17459 Ridgemont Street,
Omaha, NE 68136

Harland Group LLC
204 NW 40th Street,
Vancouver, WA 98660

James Nichols
52 Bel Air Rd.,
Hingham, MA 02043

Joe Percoco
149 Mercer Street #3
New York, NY 10012

John Dwyer
12233 Gail Ave.,
Omaha, NE 68137

Jonathan Christodoro
660 Madison Ave.
New York, NY 10173

Jonathan Duarte
7426 Geary Blvd.
San Francisco, VA 94121

Jonathan Weiner
12 Ackerman Ct.,
Croton-On-Hudson, NY 10520

Joshua Allen Slate
245 SW Meade St., Apt. C2
Portland, OR 97201

Justin Lovero
7012 NE Grand Ave.,
Portland, OR 97211

Kamran Ansari
41 Fifth Ave, 9C,
New York, NY 10003

Kiara Baudoin
40416 NE Goodnight Road,
La Center, WA 98629

Laurence Beal
181 Forest Ridge Road,
Kalama, WA 98625

Lindsey Boerner
401 E Daisy L Gatson Bates Dr.,
Little Rock, AR 72202

Matthew Lyon
1413 Dickinson Ave NW,
Olympia, WA 98502

Michael Ferrari
5700 Woodland Rd.,
Des Moines, IA 50312

Mike McGee
13905 Ptarmigan Dr.,
Broomfield, CO 80020

Monique Saugstad
1890 N Fern St.,
Orange, CA 92867

Paul Trone
11831 Blanchet Dr.,
Oregon City, OR 97045

Peter T. Lawler Living Trust
150 North Riverside Plaza, Suite 1930,
Chicago, IL 60606

Samuel Jones
507 W. 28th Street
New York, NY, 10001

Stanton Camp
9763 Elizabeth St.,
Parker, CO 80134

Stuart Sopp
140 Franklin St Apt 6a,
New York, NY, 10013

Tana Lawler
626 Texas Street,
Golden, CO 80403

The 2016 Karkal Family Trust
1150 NW Quimby St,
Unit 506,
Portland OR 97209

The Gardner 2008 Living Trust
c/o Jason Gardner and Jocelyne Gardner,
180 GRAND AVENUE,
6TH FLOOR,
OAKLAND, CA 94612

Thomas G. Miglis Revocable Trust
9 Shannon Drive,
Woodbury, NY 11797

Thomas G. Miglis Revocable Trust
3740 S Ocean Blvd, Apt 2903,
Highland Beach, FL, 33487-3402

TI Platform NLI Venture Limited II
1160 Battery Street East,
Suite 100,
San Francisco, CA 94111

Tim Millar
2284 E. Panama Dr.,
Centennial, CO 80121

TriplePoint Private Venture Credit Inc.
2755 Sand Hill Road, Suite 150,
Menlo Park, CA 94025

Warren Lowell Putnam & Brynn Jinnett Putnam,
Tenants in Common
60 W 9th St, Unit 1,
New York NY 10011

YCC2O, L.P
335 Pioneer Way,
Mountain View, CA 94041

Z Perret Trust
101 California, Ste 2500
SF, CA 94111

Michael Giles
204 NW 40th Street,
Vancouver WA 98660

S20, a series of Chris Golda Investments, LP
411 1st Ave S,
Ste 505
SEATTLE, WA 98104

**Stephen Harper**
**25 Tregunter Road**
**London, SW10 9LS, United Kingdom**



## Affidavit of Service

Firm: *Landis Rath*          Reference No. *FTX U Giles*

I, *Deborah Boyer*          , declare as follows:

   ***(Please Print** Name of Employee)*

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The following document(s), *#1 / Summons*          , in the following case, *22-11068*          , was/were delivered by the following method(s):

*Quantity Sent (Check any that apply):*

| | | |
|---|---|---|
| ☑ | *30* | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☐ | _____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Email |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on *5/22/2023*          in Wilmington, DE.

*Deborah Boyer*          Parcels, Inc., Representative.

   *(Employee Signature)*

Acrew Capital MGP, LLC
555 Bryant Street, #285,
Palo Alto, CA 94301

Alumni Ventures Group- Embedded Financial Trust A
70 Federal St., 6th Floor
Boston, MA 02110

Alumni Ventures Group Embedded Trust
Basecamp Fund 201
70 Federal St., 6th Floor,
Boston, MA 02110

Bain Capital Venture Fund 2019 LP
632 Broadway,
New York, NY 10012

BCIP Venture Associates II-B LP
632 Broadway,
New York, NY 10012

BCIP Venture Associates II LP
632 Broadway,
New York, NY 10012

BCV 2019-MD Primary LP
632 Broadway,
New York, NY 10012

Buckley Ventures GP, LLC
720 York St., #116,
San Francisco, CA 94110

Correlation Ventures II, LP
9255 Towne Center Dr., Suite 350,
San Diego, CA 92121

Fairchild Fund III, LLC
2750 Sand Hill Road,
Menlo Park, CA 94025

Fund I, a series of 20VC, LP
PO Box 3217,
Seattle, WA 98114

Homebrew Ventures III, LP
436 Bryant St., 3rd Floor,
San Francisco, CA 94107

Launchpad Capital Fund I LP
2201 Broadway,
Suite 705,
Oakland CA 94812

LGF II, LP
8605 Santa Monica Blvd.,
#48490,
West Hollywood, CA 90069-4109

Liquid 2 Ventures Fund II, LP
909 Montgomery St., #400,
San Francisco, CA 94133

Mike McGee
6415 W 82ND DR,
ARVADA, CO 80003

Motivate Ventures Motivate Ventures Fund I, LP
811 W Fulton #400,
Chicago, IL 60607

Motivate Ventures Motivate Ventures QP Fund I LP
811 W Fulton #400,
Chicago, IL 60607

Operator Partners LLC
139 Reade Street,
Apt. 5A,
New York, NY 10013

Propel Venture Partners, LLC
680 Walnut Street,
San Carlos, CA 94070

Soma Capital Fund III Partners LLC
301 Mission St., #603,
San Francisco, CA 94105

SWS Holding Company, LLC
11444 W Olympic Blvd., 11th Floor,
Los Angeles, CA 90064

The Gardner 2008 Living Trust
116 Wilderness Lane,
Lafayette, CA 94549-3335

TI Platform NLI Venture Limited II
255 Kansas Street,
Suite 300,
San Francisco, CA 94103

Transpose Platform Fintech Fund II, L.P.
255 Kansas Street,
Suite 300,
San Francisco, CA 94103

Treasury Fund I, LP
80 Franklin Street, 2,
New York, NY 10013

TriplePoint Venture Lending Fund, LLC
2755 Sand Hill Road, Suite 150,
Menlo Park, CA 94025

Y Combinator ES20, LLC
335 Pioneer Way,
Mountain View, CA 94041

S20, a Series of Chris Golda Investments, LP
411 1st Ave S,
Ste 505,
Seattle, WA 98104

S20, a Series of Chris Golda Investments, LP
PO BOX 3217,
Seattle, WA 98114



# Affidavit of Service

Firm: _Landis Rath_     Reference No. _FTX V Giles_

I, _Shawn Maglio_, declare as follows:

**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), _DI 1 | Summons_, in the following case, _22 - 11068_, was/were delivered by the following method(s):

*Quantity Sent (Check any that apply):*

☑    _4_      First Class Mail

☐    ____      Priority Mail

☐    ____      Express Mail

☐    ____      International Mail

☐    ____      Federal Express

☐    ____      Hand Delivery

☐    ____      Email

☐    ____      Fax

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on _5 / 23 / 2023_ in Wilmington, DE.

_____ Parcels, Inc., Representative.

*(Employee Signature)*

Acrew Capital Fund, L.P
555 Bryant Street, #285,
Palo Alto, CA 94301

Acrew Capital Fund (A), L.P
555 Bryant Street, #285,
Palo Alto, CA 94301

Propel Venture Partners US Fund I LP
680 Walnut Street,
San Carlos, CA 94070

SOMA Capital Fund, III, LP
301 Mission St., #603,
San Francisco, CA 94105



# Affidavit of Service

Firm: _Landis Rath & Cobb LLP_    Reference No. _23-50380_

I, _Brittany Hambleton_, declare as follows:

**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The following document(s), _Summons and Notice of Pretrial Conference in an Adversary Proceeding; Complaint for Avoidance and Recovery of Transfers and Obligations_, in the following case, _Alameda Research Ltd. et al; 23-50380_, was/were delivered by the following method(s):

Quantity Sent *(Check any that apply):*

| | | |
|---|---|---|
| ☐ | _____ | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☑ | ____1____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Email |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on _May 23, 2023_ in Wilmington, DE.

_Brittany Hambleton_  Parcels, Inc., Representative.

*(Employee Signature)*

Silverstone Venture Investments Limited
Vistra Corporate Services Centre
Wickhams Cay II
Road Town
Tortola
VG1110
British Virgin Islands



# Parcels

## Affidavit of Service

Firm: _Landis Roth_          Reference No. _FTX UGiles_

I, _Shawn Maglio_ , declare as follows:

(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The following document(s), _#11 Summons_ , in the following case, _22-11068_ , was/were delivered by the following method(s):

*Quantity Sent (Check any that apply):*

| ☑ | _1_ | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☐ | _____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Email |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on _5-24-2023_ in Wilmington, DE.

_____ Parcels, Inc., Representative.

(*Employee Signature*)

**TI Platform NLI Venture Limited II**
**City Spaces City Centre One, 800 Town and Country,**
**Suite 400,**
**Houston, TX 77024**