IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>MICHAEL GILES, *et al.*,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**SUMMONS AND NOTICE OF PRETRIAL
CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

　　Address of Clerk:

　　　　United States Bankruptcy Court for the District of Delaware
　　　　824 Market Street, 3rd Floor
　　　　Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

　　Name and Address of Plaintiff's attorneys:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　 mcguire@lrclaw.com
　　　　 brown@lrclaw.com
　　　　 pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (*pro hac vice* pending)
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted pro hac vice)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: holleys@sullcrom.com
　　　　 dietdericha@sullcrom.com
　　　　 bromleyj@sullcrom.com
　　　　 gluecksteinb@sullcrom.com
　　　　 dunnec@sullcrom.com
　　　　 kranzleya@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:** **United States Bankruptcy Court**
　　　　　　**824 Market Street**
　　　　　　**Wilmington, DE 19801**

**Room:**
**5th Floor, Courtroom No. 5**

**Date and Time:**
**June 28, 2023 at 1:00 p.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**

Dated: May 18, 2023                    */s/ Una O'Boyle*_____
                                       *Clerk of the Bankruptcy Court*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>MICHAEL GILES, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 23-50380 (JTD) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: May 18, 2023                                  */s/ Una O'Boyle*
                                                                    Clerk of Court

| IN THE UNITED STATES BANKRUPTCY COURT |
| FOR THE DISTRICT OF DELAWARE |

Case No – Saak No  11068/2022(JTD)

In the matter between:
  FTX TRADING LTD & OTHERS                                                    Plaintiffs
and:
  MICHAEL GILES & OTHERS                                                      Defendants
and:
  MR DEREK CLARK

Return in accordance with the provisions of the Supreme Court Act 59 of 1959, as amended

RETURN OF PERSONAL SERVICE
COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS AND OBLIGTIONS PURSUANT TO 11 U.S.C.
SS 105, 544, 547, 548 AND 550 AND DEL CODE ANN. TIT. 6, SS 1304 AND 1305, AND FOR
DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. S 502 ("THE COMPLAINT") On this 23rd day of
May 2023 at 18:56 I served this COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS AND
OBLIGTIONS PURSUANT TO 11 U.S.C. SS 105, 544, 547, 548 AND 550 AND DEL CODE ANN. TIT. 6,
SS 1304 AND 1305, AND FOR DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. S 502 ("THE
COMPLAINT") upon MR DEREK CLARK personally at 10 TURNBERRY ROAD, PARKLANDS by handing to
the abovementioned a copy thereof after exhibiting the original and explaining the nature
and exigency of the said process. (Rule 4(1)(a)(i)).


PS: The original return together with the original abovementioned process is TO BE COLLECTED.

| Sheriff Fees Baljugelde | Date Datum | 24.05.2023 | Tax Invoice Number Belastingfaktuur Nr. | I 155318 | | | Jamie Galant Deputy Sheriff |
|---|---|---|---|---|---|---|---|
| Description | Qty | Vat | Amount | Description | Qty | Vat | Amount |
| Service (High Court) | 1 | 12.68 | 84.50 | VAT / BTW 15% | | | 226.65 |
| Registration and Return | 1 | 9.75 | 65.00 | | | | |
| Postage / handling fee | 1 | 3.00 | 20.00 | | | | |
| Copies made | 1 | 0.83 | 5.50 | | | | |
| Email Correspondence | 1 | 3.15 | 21.00 | | | | |
| Travelling | 10 | 9.00 | 60.00 | | | | |
| Telephone Call Cost (min) | 3 | 8.10 | 54.00 | | | | |
| Telephone Calls (M+R) | 3 | 9.45 | 63.00 | | | | |
| Bank charges | 1 | 0.75 | 5.00 | | | | |
| Urgency Levy | 1 | 42.45 | 283.00 | | | | |
| Urgency Call Out Fee | 1 | 127.50 | 850.00 | | | | |

Amanda Tobias
Balju – Sheriff
Cape Town North
Tel: 021 556 2818/2124
Fax: 021 556 7308
P O Box 696 Posbus
Cape Town
8000
accounts@sheriffct.co.za

Bank: Nedbank Cape Town
Name: AJL TOBIAS SHERIFF OF HIGH / LOWER COURT
BrCode: 198765
AccNo: 1034965999

| VAT Reg No. BTW Reg Nr. | 4630261990 | You may require this account to be taxed and vouched before payment   U kan vereis dat hierdie rekening getakseer en gestaaf word voor betaling | Total Totaal | 1737.65 |
|---|---|---|---|---|

BOWMANS (CT)
DX 29 CAPE TOWN

Account No. ♦ Rekening Nr.
Your Reference ♦ U Verwysing
My Reference ♦ My Verwysing
Ret: 5157133/Maggie/1

50565   VatReg 4530177197
JdH/AJW/SS

Registrar:   FOR THE DISTRICT OF DELA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In the matter between:

FTX TRADING LTD & OTHERS

and:

MICHAEL GILES & OTHERS

and:

MR DEREK CLARK

Case No – Saak No  11068/2022(JTD)

Plaintiffs

Defendants

Return in accordance with the provisions of the Supreme Court Act 59 of 1959, as amended

RETURN OF PERSONAL SERVICE
NOTICE OF DISPUTE RESOLUTION ALTERNATIVES ("THE NOTICE") On this 23rd day of May 2023 at 18:57 I served this NOTICE OF DISPUTE RESOLUTION ALTERNATIVES ("THE NOTICE") upon MR DEREK CLARK personally at 10 TURNBERRY ROAD, PARKLANDS by handing to the abovementioned a copy thereof after exhibiting the original and explaining the nature and exigency of the said process. (Rule 4(1)(a)(i)).

PS: The original return together with the original abovementioned process is TO BE COLLECTED.

| Sheriff Fees Baljugelde | Date Datum | 24.05.2023 | Tax Invoice Number Belastingfaktuur Nr. | I 155319 | | |
|---|---|---|---|---|---|---|

| Description | Qty | Vat | Amount |
|---|---|---|---|
| Service (High Court) | 1 | 12.68 | 84.50 |
| Registration and Return | 1 | 9.75 | 65.00 |
| Postage / handling fee | 1 | 3.00 | 20.00 |
| Copies made | 1 | 0.83 | 5.50 |
| Email Correspondence | 1 | 3.15 | 21.00 |
| Travelling | 10 | 9.00 | 60.00 |
| Bank charges | 1 | 0.75 | 5.00 |
| VAT / BTW 15% | | | 39.15 |

Jamie Galant
Deputy Sheriff

Amanda Tobias
Balju – Sheriff
Cape Town North
Tel: 021 556 2818/2124
Fax: 021 556 7308
P O Box 696 Posbus
Cape Town
8000
accounts@sheriffct.co.za

Bank: Nedbank Cape Town
Name: AJL TOBIAS SHERIFF OF HIGH / LOWER COURT
BrCode: 198765
AccNo: 1034965999

VAT Reg No. BTW Reg Nr.  4630261990

You may require this account to be taxed and vouched before payment   U kan vereis dat hierdie rekening getakseer en gestaaf word voor betaling

Total Totaal  300.15

BOWMANS (CT)
DX 29 CAPE TOWN

Account No.  ♦  Rekening Nr.
Your Reference  ♦  U Verwysing
My Reference  ♦  My Verwysing
Ret: 5157137/Maggie/1

50565   VatReg 4530177197
JdH/AJW/SS

Registrar: FOR THE DISTRICT OF DELA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In the matter between:                                    Case No – Saak No   11068/2022(JTD)

  FTX TRADING LTD & OTHERS                                                Plaintiffs
and:
  MICHAEL GILES & OTHERS                                                  Defendants
and:
  MR DEREK CLARK

Return in accordance with the provisions of the Supreme Court Act 59 of 1959, as amended

RETURN OF PERSONAL SERVICE
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING (THE "SUMMONS") On this 23rd day of May 2023 at 18:58 I served this SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING (THE "SUMMONS") upon MR DEREK CLARK personally at 10 TURNBERRY ROAD, PARKLANDS by handing to the abovementioned a copy thereof after exhibiting the original and explaining the nature and exigency of the said process. (Rule 4(1)(a)(i)).

PS: The original return together with the original abovementioned process is TO BE COLLECTED.

| Sheriff Fees Baljugelde | Date Datum | Tax Invoice Number Belastingfaktuur Nr. | | | |
|---|---|---|---|---|---|
| | 24.05.2023 | I 155320 | | | |

| Description | Qty | Vat | Amount |
|---|---|---|---|
| Service (High Court) | 1 | 12.68 | 84.50 |
| Registration and Return | 1 | 9.75 | 65.00 |
| Postage / handling fee | 1 | 3.00 | 20.00 |
| Copies made | 1 | 0.83 | 5.50 |
| Email Correspondence | 1 | 3.15 | 21.00 |
| Travelling | 10 | 9.00 | 60.00 |
| Bank charges | 1 | 0.75 | 5.00 |
| VAT / BTW 15% | | | 39.15 |

Jamie Galant
Deputy Sheriff

**Amanda Tobias**
Balju – Sheriff
Cape Town North
Tel: 021 556 2818/2124
Fax: 021 556 7308
P O Box 696 Posbus
Cape Town
8000
accounts@sheriffct.co.za

Bank: Nedbank Cape Town
Name: AJL TOBIAS SHERIFF OF HIGH / LOWER COURT
BrCode: 198765
AccNo: 1034965999

VAT Reg No. BTW Reg Nr. 4630261990

You may require this account to be taxed and vouched before payment   U kan vereis dat hierdie rekening getakseer en gestaaf word voor betaling

Total Totaal   300.15

BOWMANS (CT)
DX 29 CAPE TOWN

Account No. ♦ Rekening Nr.   50565   VatReg 4530177197
Your Reference ♦ U Verwysing   JdH/AJW/SS
My Reference ♦ My Verwysing
Ret: 5157134/Maggie/1

Registrar:   FOR THE DISTRICT OF DELA