IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.,WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs. | |
| v. | Adv. Pro. No. 23-50380 (JTD) |
| MICHAEL GILES, *et al*., | |
| Defendants. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that defendant, Laurence Beal ("Mr. Beal"), hereby appears by and through his undersigned counsel, pursuant to section 1109(b) of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Mr. Beal hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and the applicable local rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

16165504/1

**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Sarah M. Ennis (DE Bar No. 5745)
Tara C. Pakrouh (Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: sennis@morrisjames.com
E-mail: tpakrouh@morrisjames.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Mr. Beal is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated June 7, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Tara C. Pakrouh* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Sarah M. Ennis (DE Bar No. 5745) |
| | Tara C. Pakrouh (Bar No. 6192) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: sennis@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | |
| | *Counsel to Defendant Laurence Beal* |