# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>MICHAEL GILES, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Upon the Certification of Counsel and the *Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation")[2] entered into between the Plaintiffs and the Alumni Ventures Defendants, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is hereby APPROVED; and it is further

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.002-W0071261.}

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023
       Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>MICHAEL GILES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiffs, Alameda Research Ltd., West Realm Shires, Inc. and West Realm Shires Services, Inc., (the "Plaintiffs"), and Defendants Alumni Ventures Group Embedded Trust[2] and Alumni Ventures Group - Embedded Financial Technologies Trust A[3] (collectively, the "Alumni Ventures Defendants" and, together with the Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] This defendant is named in the Complaint as "Basecamp Fund 201 via Alumni Ventures Group Embedded Trust."

[3] This defendant is named in the Complaint as "Alumni Ventures Group - Embedded Financial Trust A."

{1368.002-W0071260.2}

-2-

1. On May 17, 2023, the Plaintiffs initiated the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 547, 548, and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2. The Alumni Ventures Defendants have agreed to accept service and waive their objections, if any, solely as to service of process. The Alumni Ventures Defendants' deadline to respond to the Complaint was originally June 20, 2023.

3. The Parties have conferred regarding an agreement to extend the Alumni Ventures Defendants' response deadline.

4. The Alumni Ventures Defendants' deadline to respond to the Complaint shall be extended through and including August 15, 2023.

5. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated:  June 15, 2023

| **LANDIS RATH & COBB LLP** | **K&L GATES LLP** |
|---|---|
| /s/ *Matthew B. McGuire* | /s/ *Steven L. Caponi* |
| Adam G. Landis (No. 3407) | Steven L. Caponi (No. 3484) |
| Matthew B. McGuire (No. 4366) | 600 N. King St., Suite 901 |
| Kimberly A. Brown (No. 5138) | Wilmington, DE 19801 |
| Matthew R. Pierce (No. 5946) | Telephone: (302) 416-7000 |
| 919 Market Street, Suite 1800 | steven.caponi@klgates.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | -and- |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | Robert T. Honeywell (application for admission *pro hac vice* pending) |
| brown@lrclaw.com | 599 Lexington Ave. |
| pierce@lrclaw.com | New York, NY  10022 |
| | Telephone: (212) 536-3900 |
| -and- | robert.honeywell@klgates.com |
| | |
| | *Counsel to Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A* |
| **SULLIVAN & CROMWELL LLP** | |
| Steven L. Holley (admitted *pro hac vice*) | |
| Andrew G. Dietderich (admitted *pro hac vice*) | |
| James L. Bromley (admitted *pro hac vice*) | |
| Brian D. Glueckstein (admitted *pro hac vice*) | |
| Christopher J. Dunne (admitted *pro hac vice*) | |
| Alexa J. Kranzley (admitted *pro hac vice*) | |
| 125 Broad Street | |
| New York, NY  10004 | |
| Telephone: (212) 558-4000 | |
| holleys@sullcrom.com | |
| dietdericha@sullcrom.com | |
| bromleyj@sullcrom.com | |
| glueckstein@sullcrom.com | |
| dunnec@sullcrom.com | |
| kranzleya@sullcrom.com | |
| | |
| *Counsel to the Plaintiffs* | |