# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | Adv. Pro. No. 23-50380 (JTD) |
| Plaintiffs, | |
| - against - | |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert T. Honeywell, Esq. of the law firm of K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022, to represent Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A (collectively, the "Alumni Ventures Defendants") in this action.

Dated: June 15, 2023

**K&L GATES LLP**
*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Email: steven.caponi@klgates.com
  matthew.goeller@klgates.com

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Texas submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 15, 2023   /s/ Robert T. Honeywell
Robert T. Honeywell
K&L Gates LLP
599 Lexington Avenue
New York, NY 10019
Email: robert.honeywell@klgates.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: June 16th, 2023   JOHN T. DORSEY
Wilmington, Delaware   UNITED STATES BANKRUPTCY JUDGE