**Exhibit A**

**Schedule of Defendants**

Michael Giles
Kiara Baudoin
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Derek Clark
John Dwyer
Jonathan Duarte
EM Fund I, a series of Chris Golda Investments, LP
Fairchild Fund III, LLC
Michael Ferrari
Aaron Frank
Fund I, a series of Not Boring Capital, LP
Fund I, a series of 20VC, LP
Clayton Gardner
Harland Group LLC
Christopher Harper
Stephen Harper
Philippe Jabre
Brent Johnson
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Benjamin Londergan
Justin Lovero
Matthew Lyon
Brandon Mann
David Meents
James Nichols
Operator Partners, LLC
Akhil Paul
Joe Percoco
Peter T. Lawler Living Trust
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Monique Saugstad
Silverstone Venture Investments Limited
Joshua Allen Slate
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC

TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Jonathan Weiner
Dena Wever
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Christopher Young