**Exhibit B**

**Schedule of Defendants**

The 2016 Karkal Family Trust
Acrew Capital MGP, LLC
Acrew Capital Fund, L.P.
Bain Capital Venture Fund 2019 LP
Buckley Ventures GP, LLC
Buckley Ventures, LP
Homebrew Ventures III, LP
Kamran Ansari
Launchpad Capital Fund I LP
LGF II, L.P.
Propel Venture Partners, LLC
Propel Venture Partners US Fund I LP
Putnam (Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common)
Torch Capital II, LP
Transpose Platform o/b/o TI Platform Fund II
TI Platform NLI Venture Limited II
Transpose Platform Fintech Fund II, L.P.
TI Platform Fund II, LP
Treasury Fund I, LP