# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50380 (JTD) |
| - against - | |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

### STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiffs, Alameda Research Ltd., West Realm Shires, Inc. and West Realm Shires Services, Inc., (the "Plaintiffs") and Defendants, Motivate Ventures QP Fund I, LP, Motivate Ventures Fund I, LP, AAVCF3 LP, Soma Capital Fund III Partners LLC and Soma Capital Fund, III, LP (collectively, the "Defendants" and, together with the Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*for Defendants to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. On May 17, 2023, the Plaintiffs initiated the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 547, 548 and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305 and for Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2. The Defendants have agreed to accept service and waive their objections, if any, to service of process. The Defendants' deadline to respond to the Complaint was originally June 20, 2023.

3. The Parties have conferred regarding an agreement to extend the Defendants' response deadline.

4. The Defendants' deadline to respond to the Complaint shall be extended through July 18, 2023.

5. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated:  June 20, 2023

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **COOLEY LLP** |
| | |
| */s/ Matthew B. McGuire* | */s/ Aric Wu* |
| Adam G. Landis (No. 3407) | Cullen D. Speckhart (*pro hac vice* forthcoming) |
| Matthew B. McGuire (No. 4366) | 1299 Pennsylvania Avenue NW, Suite 700 |
| Kimberly A. Brown (No. 5138) | Washington, DC 20004 |
| Matthew R. Pierce (No. 5946) | Telephone: (202) 842-7800 |
| 919 Market Street, Suite 1800 | cspeckhart@cooley.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | -and- |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | Michael Klein (*pro hac vice* forthcoming) |
| brown@lrclaw.com | Aric Wu (*pro hac vice* forthcoming) |
| pierce@lrclaw.com | Caroline Pignatelli (*pro hac vice* forthcoming) |
| | Erica J. Richards (*pro hac vice* forthcoming) |
| -and- | 55 Hudson Yards |
| | New York, NY 10001 |
| **SULLIVAN & CROMWELL LLP** | Telephone: (212) 479-6000 |
| Steven L. Holley (admitted *pro hac vice*) | mklein@cooley.com |
| Andrew G. Dietderich (admitted *pro hac vice*) | ahwu@cooley.com |
| James L. Bromley (admitted *pro hac vice*) | cpignatelli@cooley.com |
| Brian D. Glueckstein (admitted *pro hac vice*) | erichards@cooley.com |
| Christopher J. Dunne (admitted *pro hac vice*) | |
| Alexa J. Kranzley (admitted *pro hac vice*) | *Counsel to Motivate Ventures QP Fund I, LP, Motivate Ventures Fund I, LP, AAVCF3 LP, Soma Capital Fund III Partners LLC and Soma Capital Fund, III, LP* |
| 125 Broad Street | |
| New York, NY  10004 | |
| Telephone: (212) 558-4000 | |
| holleys@sullcrom.com | |
| dietdericha@sullcrom.com | |
| bromleyj@sullcrom.com | |
| glueckstein@sullcrom.com | |
| dunnec@sullcrom.com | |
| kranzleya@sullcrom.com | |
| | |
| *Counsel to the Plaintiffs* | |