# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                         Plaintiffs,<br><br>      v.<br><br>MICHAEL GILES, *et al.*,<br><br>                         Defendants. | Adv. No. 23-50380 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Aric Wu of Cooley LLP to represent the parties set forth on **Exhibit A**.

Dated:  June 27, 2023
                                                   */s/ Lucian B. Murley*
                                                   Lucian B. Murley (DE Bar No. 4892)
                                                   **SAUL EWING LLP**
                                                   1201 N. Market Street, Suite 2300
                                                   P.O. Box 1266
                                                   Wilmington, DE 19899-1266
                                                   (302) 421-6800

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local

Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                         */s/ Aric Wu*
                                         Aric Wu
                                         **COOLEY LLP**
                                         55 Hudson Yards
                                         New York, NY 10001-2157
                                         (212) 479-6550
                                         ahwu@cooley.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

# Exhibit A

Aaron Frank
AAVCF3 LP
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund III Partners LLC
Soma Capital Fund, III, LP
Stephen Harper
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Yaselleraph Finance Pty Ltd ATF
Yaselleraph Finance Trust
Z Perret Trust