# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                              Debtors.<br><br>ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                              Plaintiffs,<br><br>      v.<br><br>MICHAEL GILES, *et al.*,<br><br>                              Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br>Adv. No. 23-50380 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Michael Klein of Cooley LLP to represent the parties set forth on **Exhibit A**.

Dated: June 27, 2023         */s/ Lucian B. Murley*
                                     Lucian B. Murley (DE Bar No. 4892)
                                     **SAUL EWING LLP**
                                     1201 N. Market Street, Suite 2300
                                     P.O. Box 1266
                                     Wilmington, DE 19899-1266
                                     (302) 421-6800

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local

Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

> */s/ Michael Klein*
> Michael Klein
> **COOLEY LLP**
> 55 Hudson Yards
> New York, NY 10001-2157
> (212) 479-6461
> mklein@cooley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 28th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

2

41777450.1 06/27/2023