IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>    Plaintiffs,<br><br>    -against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>    Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    - against -<br><br>MICHAEL GILES, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 23-50380 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071798.}

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER TO SET ASIDE DEFAULT AND VACATE DEFAULT JUDGMENT AGAINST EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, STUART SOPP, CHRISTIAN NORDBY, ADAPT VC LLC, AND 9YARDS CAPITAL INVESTMENTS II LP**

The undersigned counsel to plaintiffs Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc. (together, the "**Plaintiffs**") hereby certifies as follows:

1. On May 17, 2023, the Plaintiffs commenced the above-captioned adversary proceedings (the "**Adversary Proceedings**") by filing complaints against, *inter alia*, defendants Embedfi June 2021, a Series of Party Round LLC, Stuart Sopp, Christian Nordby, Adapt VC LLC, and 9Yards Capital Investments II LP (the "**Defendants**" together with Plaintiff, the "**Parties**") by which the Plaintiffs sought to recover certain transfers (the "**Transfers**") from the Defendants as fraudulent or constructively fraudulent transfers under sections 544 and 548 of the Bankruptcy Code.

2. On May 24, 2023, the Plaintiffs filed the *Summons and Notice of Pretrial Conference* [Adv. 23-50380, Docket No. 3] pursuant to which Defendants Embedfi June 2021, a Series of Party Round LLC, Stuart Sopp, Christian Nordby and Adapt VC LLC's time to answer or respond to the complaint was June 16, 2023. No answer or response was filed with the Court or received by Plaintiffs' counsel.

3. On May 30, 2023, the Plaintiffs filed the *Summons and Notice of Pretrial Conference* [Adv. 23-503879, Docket No. 3] pursuant to which Defendant 9Yards Capital Investments II LP's time to answer or respond to the complaint was June 24, 2023. No answer or response was filed with the Court or received by Plaintiffs' counsel.

4. Between July 10 and July 14, 2023, the Plaintiffs filed a *Request for Entry of Default* against each Defendant [Adv. 23-50379, Docket No. 16]; [Adv. 23-50380, Docket Nos. 38, 40, 63, 65] and a *Request for Entry of Default Judgment* against each Defendant [Adv. 23-50379, Docket No. 17]; [Adv. 23-50380, Docket Nos. 39, 41, 64, 66].

5. The Clerk of the Court entered an *Entry of Default* against each Defendant between July 11 and July 17, 2023 [Adv. 23-50379, Docket No. 19]; [Adv. 23-50380, Docket Nos. 45, 46, 71, 72] (the "**Defaults**").

6. A default judgment against each Defendant was entered by the Court between July 12 and July 17, 2023 [Adv. 23-50379, Docket No. 20]; [Adv. 23-50380, Docket Nos. 47, 52, 73, 75] (the "**Default Judgments**").

7. Defendants have joined a group of other defendants in the Adversary Proceedings, and wish to contest this case on the merits. Defendants will answer or respond to the complaint, and participate in all other applicable case events, jointly with their co-defendants.

8. Following discussions, the Parties have agreed, subject to this Court's approval, to a form of proposed order that vacates the Default Judgments and sets aside the Defaults (the "**Proposed Order**"), a copy of which is attached hereto as **Exhibit A**.

9. The Plaintiffs have confirmed that the attached Proposed Order is acceptable to the Defendants.

10. Plaintiffs respectfully request that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: July 25, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          mcguire@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Steven L. Holley (admitted *pro hac vice*)<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted pro hac vice)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: holleys@sullcrom.com<br>          dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          dunnec@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |