**EXHIBIT A**

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　　-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　　- against -<br><br>MICHAEL GILES, *et al.*,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 23-50380 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071798.}

**ORDER VACATING DEFAULT JUDGMENTS AND SETTING ASIDE DEFAULTS**

Upon consideration of the *Certification of Counsel Regarding Proposed Order to Set Aside Defaults and Vacate Default Judgments Against Embedfi June 2021, a Series of Party Round LLC, Stuart Sopp, Christian Nordby, Adapt VC LLC, and 9Yards Capital Investments II LP* (the "**Certification**");[2] and the Court having reviewed the Certification; and good cause appearing for the relief described therein, it is hereby ORDERED THAT:

1. The Default Judgments are hereby vacated.

2. The Defaults are hereby set aside.

3. Defendants are deemed to be "Defendants" as defined in the *Case Management Plan and Scheduling Order* entered on July 18, 2023 [Adv. 23-50379, Docket No. 27]; [Adv. 23-50380, Docket No. 78], and shall comply with all deadlines and schedules therein.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023
Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Certification.