# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　Debtors, | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>MICHAEL GILES, et al.,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 23-50380 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Their Motion to Dismiss the Complaints (the "Brief"), and accompanying Declaration of Lucian B. Murley in Support of Defendants' Motion to Dismiss the Complaints (the "Declaration") and the exhibits annexed thereto, the defendants listed on **Annex A** hereto (the "Defendants") hereby respectfully move to dismiss the Complaints filed in Adv. Pro. No. 23-50379 and Adv. Pro. No. 23-50380. Defendants move for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), which is made applicable by Federal Rule of Bankruptcy Procedure 7012, and failure to meet the pleading requirements of Federal Rules of Civil Procedure 8(a) and 9(b), which are made applicable by Federal Rules of Bankruptcy Procedure 7008 and 7009. Pursuant to Federal Rule of Bankruptcy Procedure 7012, the Defendants do not consent to entry of final orders or judgments by the Bankruptcy Court in these adversary proceedings to the extent they are determined to be non-core proceedings.

WHEREFORE, for the reasons set forth in the accompanying Brief and Declaration, the Defendants respectfully request that the Court issue an Order, in the form attached hereto as **Annex B**, (a) granting their Motion to Dismiss; (b) dismissing with prejudice the Complaints filed in Adv. Pro. No. 23-50379 and Adv. Pro. No. 23-50380; and (c) granting such other and further relief as this Court may deem just and appropriate.

| | |
|---|---|
| Dated: August 15, 2023<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Lucian B. Murley*<br>Lucian B. Murley (DE Bar No. 4892)<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6898<br>luke.murley@saul.com<br><br>-and-<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted *pro hac vice*)<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>cspeckhart@cooley.com<br><br>-and-<br><br>Michael Klein (admitted *pro hac vice*)<br>Aric Wu (admitted *pro hac vice*)<br>Caroline Pignatelli (admitted *pro hac vice*)<br>Erica J. Richards (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000<br>mklein@cooley.com<br>ahwu@cooley.com<br>cpignatelli@cooley.com<br>erichards@cooley.com<br><br>*Counsel to the Defendants Listed on Annex A* |