IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors, | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. | |
| Plaintiffs, | Adv. Pro. No. 23-50380 (JTD) |
| -against- | |
| MICHAEL GILES, et al., | |
| Defendants. | |

## ALUMNI VENTURES DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

K&L GATES LLP                                         Dated:   August 15, 2023
Steven L. Caponi (No. 3484)
600 N. King St., Suite 901 Wilmington, DE 19801
Telephone: (302) 416-7000
E-mail: steven.caponi@klgates.com

Robert T. Honeywell (admitted *pro hac vice*)
K&L Gates LLP
599 Lexington Ave
New York, New York 10022
Telephone:  (212) 536-4863
E-mail:  robert.honeywell@klgates.com

*Counsel for defendants Alumni Ventures Group Embedded Trust and*
*Alumni Ventures Group - Embedded Financial Technologies Trust A*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A (collectively, the "Alumni Ventures Defendants"), by their undersigned counsel, hereby move for an order dismissing all Counts asserted against them (Counts I, II, III, IV, VI and VII) in the Complaint filed by the Plaintiffs in the above-captioned adversary proceeding, with prejudice under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, as incorporated by Fed. R. Bankr. P. 7012 and 7009.

The basis for this Motion is contained in the accompanying Joinder of the Alumni Ventures Defendants to Motions to Dismiss the Complaint (the "Alumni Ventures Defendants' Joinder"), as well as the separately filed Defendants' Memorandum of Law in Support of Their Motion to Dismiss Complaints and supporting declaration [D.I. 98 and 101], and the Embed Shareholder Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint and supporting declaration [D.I. 99 and 100] (collectively, the "MTD Briefs"), and the incorporation by reference and joinder, where indicated, and supporting documentation, and the pleadings and papers on file in this action, and any further submissions as may be presented prior to, and at, the hearing on the Alumni Ventures Defendants' Joinder and the MTD Briefs.

WHEREFORE, the Alumni Ventures Defendants respectfully request that the Court enter an order dismissing all Counts asserted against them (Counts I, II, III, IV, VI and VII) in the Complaint, and grant such other and further relief as the Court deems proper.

Date:   August 15, 2023

                                                */s/  Robert T. Honeywell*
                                                Steven L. Caponi (No. 3484)
                                                600 N. King St., Suite 901
                                                Wilmington, DE 19801
                                                Telephone: (302) 416-7000
                                                E-mail: steven.caponi@klgates.com

                                                -and-

Robert T. Honeywell (admitted *pro hac vice*)
K&L Gates LLP
599 Lexington Ave
New York, New York 10022
Telephone: (212) 536-4863
E-mail: robert.honeywell@klgates.com

*Counsel for defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A*