**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD, WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50380 (JTD) |
| - against - | |
| MICHAEL GILES, *et al.*, | |
| Defendants. | **Re: Adv. D.I. 96, 97, 98, 99, 104, 106, 107 & 108** |

**DEFENDANT PAUL TRONE'S (I) MOTION TO DISMISS COMPLAINT**
**AND (II) JOINDER TO MOTIONS TO DISMISS AND MEMORANDA OF LAW**

Defendant Paul Trone (the "Defendant"), by and through his undersigned counsel, hereby moves (the "Motion") to dismiss with prejudice the Complaint (the "Complaint") in the above-captioned adversary proceeding as against Defendant pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7012 and 7009 of the Federal Rules of Bankruptcy Procedure.

In support of this Motion, and to avoid duplication, Defendant hereby joins and incorporates by reference the arguments made in the motions to dismiss [Adv. D.I. 96, 97, 104 and

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{00036391. }

107] and supporting memoranda of law [Adv. D.I. 98, 99, 106 & 108] filed in this adversary proceeding.

## <u>RESERVATION OF RIGHTS</u>

This Joinder is without prejudice to, and Defendant fully reserves, his right to raise additional arguments in respect of the Complaint.  This Joinder is also without prejudice to Defendant's rights to seek other appropriate relief.  Defendant hereby expressly reserves all rights with respect to the Complaint including, without limitation, his right to participate in oral argument at the time of the hearing, if any, on the Motions to Dismiss and/or the Complaint.

## <u>CONCLUSION</u>

**WHEREFORE**, Defendant respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice, award the Defendant costs, including attorney fees, and grant such further relief as is appropriate.


Dated: August 15, 2023
      Wilmington, Delaware

                                  **THE ROSNER LAW GROUP LLC**

                                  */s/ Zhao Liu*
                                  Frederick B. Rosner
                                  Zhao (Ruby) Liu
                                  824 N. Market Street, Suite 810
                                  Wilmington, DE 19801
                                  Telephone: 302.777.1111
                                  Email: rosner@teamrosner.com
                                              liu@teamrosner.com

                                  *Attorneys for Defendant Paul Trone*