# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50380 (JTD) |
| v. | |
| MICHAEL GILES, et al., | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Carly Everhardt, Esq. of the law firm of K&L Gates LLP, Southeast Financial Center, 200 South Biscayne Blvd., Suite 3900, Miami, Florida 33131, to represent Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A (collectively, the "Alumni Ventures Defendants") in this action.

Dated: November 14, 2023

**K&L GATES LLP**
*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Email: steven.caponi@klgates.com
       matthew.goeller@klgates.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Florida and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 14, 2023    */s/ Carly S. Everhardt*
                Carly S. Everhardt
                K&L Gates LLP
                Southeast Financial Center
                200 South Biscayne Blvd.
                Suite 3900
                Miami, Florida  33131
                Email: carly.everhardt@klgates.com