**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors, | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>-against<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>Defendants. | Adv. Pro No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50380 (JTD) |

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**DEFENDANTS' JOINDER IN MOTION FOR STAY OF DISCOVERY PENDING INTERLOCUTORY APPEAL**

The undersigned Defendants listed in Annex A (the "Defendants"), by and through their counsel, hereby move this Court to stay discovery in the above-captioned adversary proceedings pending Defendants' requested interlocutory appeal of the portion of the Court's Order dated October 23, 2024 (D.I. 289; D.I. 302) that denied, in part, Defendants' motion to dismiss the Complaint.

To avoid duplication and for the Court's convenience, Defendants hereby join in the motion for stay of discovery pending interlocutory appeal filed by the Shareholder Defendants[2] in Adversary Proceeding No. 23-50380 (D.I. 308) and incorporate by reference the arguments made therein.[3]

This Joinder is without prejudice to, and Defendants fully reserve, their right to raise additional arguments in respect of the stay of discovery pending interlocutory appeal. This Joinder is also without prejudice to Defendants' rights to seek other appropriate relief. Defendants hereby expressly reserve all rights with respect to the stay of discovery pending interlocutory appeal including, without limitation, the right to participate in oral argument at the time of the hearing, if any, on the motion.

---

[2] The Shareholder Defendants are The 2016 Karkal Family Trust; Acrew Capital Fund (A), L.P.; Acrew Capital Fund, L.P.; Acrew Capital MGP, LLC; Bain Capital Venture Fund 2019 LP; BCIP Venture Associates II, L.P.; BCIP Venture Associates II-B, L.P.; BCV 2019-MD Primary, L.P.; Buckley Ventures GP, LLC; Buckley Ventures, LP; Correlation Ventures II, LP; Fin VC Regatta I, LP; Homebrew Ventures III, LP; Jonathan Christodoro; Kamran Ansari; Launchpad Capital Fund I LP; LGF II, L.P.; Liquid 2 Ventures Fund II, L.P.; Propel Venture Partners, LLC; Propel Venture Partners US Fund I LP; Putnam (Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common); Samuel Jones; Torch Capital II, LP; Transpose Platform o/b/o TI Platform Fund II; TI Platform NLI Venture Limited II; Transpose Platform Fintech Fund II, L.P.; TI Platform Fund II, LP; Treasury Fund I, LP; Y Combinator ES20, LLC; and YCC20, L.P.

[3] For the avoidance of doubt, these arguments concern transfers that relate to the consideration paid in connection with the Embed acquisition, and not retention payments alleged to have been made to certain Defendants. Notably, the Court dismissed the preference claim against Michael Giles based on the alleged retention payment he received (Count 5). Motion to Dismiss Opinion at 27-29.

WHEREFORE, Defendants respectfully request that the Court grant the motion the motion for a stay of discovery pending the interlocutory appeal.

Dated: November 13, 2024
      Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com

-and-

**PALLAS PARTNERS (US) LLP**

Joshua A. Naftalis (admitted *pro hac vice*)
Duane L. Loft (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
joshua.naftalis@pallasllp.com
duane.loft@pallasllp.com
anastasia.cembrovska@pallasllp.com
jingxi.zhai@pallasllp.com
adair.kleinpeter-ross@pallasllp.com

*Counsel to the Defendants Listed in Annex A*

**ANNEX A**

Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP

S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Yasselleraph Finance Pty Ltd ATF Yasselleraph Finance Trust
Z Perret Trust