**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD. *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors, | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. *et al.*, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50379 (JTD) |
| ROCKET INTERNET CAPITAL PARTNERS II SCS *et al.*, | |
| Defendants. | |
| ALAMEDA RESEARCH LTD. *et al.*, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50380 (JTD) |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES AND SECOND SET OF
REQUESTS FOR PRODUCTION**

PLEASE TAKE NOTICE that, on December 16, 2024, the undersigned counsel to the

defendants listed in Annex A attached hereto (the "Defendants"), served the *Defendants'*

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Responses and Objections to Plaintiffs' First Set of Interrogatories* and the *Defendants' Responses and Objections to Plaintiffs' Second Set of Requests for Production* by electronic mail upon the counsel on the attached service list.

Dated: December 16, 2024
        Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Nicholas Smargiassi*
Lucian B. Murley (No. 4892)
Nicholas Smargiassi (No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email: luke.murley@saul.com
        nicholas.smargiassi@saul.com

-and-

**PALLAS PARTNERS (US) LLP**
Joshua A. Naftalis
Duane L. Loft
Anastasia Cembrovska
Jingxi Zhai
Adair Kleinpeter-Ross
PALLAS PARTNERS (US) LLP
75 Rockefeller Plaza
New York, NY 10019
Tel.: (212) 970-2300
Email:  joshua.naftalis@pallasllp.com
        duane.loft@pallasllp.com
        anastasia.cembrovska@pallasllp.com
        jingxi.zhai@pallasllp.com
        adair.kleinpeter-ross@pallasllp.com

*Attorneys for Defendants Listed in Appendix A*

**ANNEX A**

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adam Boryenace
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
Craig Shindledecker
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family
Trust Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Lindsey Boerner
Matthew Lyon
Michael Ferrari
Michael Giles
Michael McGee
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP

Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stanton Camp
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
Tana A. Lawler
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
Tim Millar
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust
William Hocket Living Trust

**Service List**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to the Plaintiffs)*

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Justin J. Decamp, Esquire
Christopher J. Dunne, Esquire
125 Broad Street
New York, NY 10004
(*Counsel to the Plaintiffs*)

Sascha N. Rand, Esquire
Isaac Nesser, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*(Counsel to the Plaintiffs)*

William Burck, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
*(Counsel to the Plaintiffs)*

K. John Shaffer, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
*(Counsel to the Plaintiffs)*

Carly S. Everhardt, Esquire
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
*(Counsel to  Defendants Alumni Ventures Group
Embedded Trust and Alumni Ventures Group -
Embedded Financial Technologies Trust A)*

Robert T. Honeywell, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY  10022
*(Counsel to  Defendants Alumni Ventures Group
Embedded Trust and Alumni Ventures Group -
Embedded Financial Technologies Trust A)*

Daniel A. Mason, Esquire
Elizabeth Wang, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1313 North Market Street
P.O. Box 32
Wilmington, DE 19801

-and-

William A. Clareman, Esquire
Gregory F. Laufer, Esquire
Kenneth S. Ziman, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

-and-

Randall S. Luskey, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
*(Counsel to Acrew Capital Fund (A), L.P.; Acrew
Capital Fund, L.P.; Bain Capital Venture Fund
2019 LP; BCIP Venture Associates II, L.P.; BCIP
Venture Associates II-B, L.P.; BCV 2019-MD
Primary, L.P.; Buckley Ventures GP, LLC;
Buckley Ventures, LP; Correlation Ventures II,
LP; Homebrew Ventures III, LP; Kamran Ansari;
Launchpad Capital Fund I LP; LGF II, L.P.;
Propel Venture Partners, LLC; Propel Venture
Partners US Fund I LP; Putnam (Warren Lowell
Putnam & Brynn Jinnett Putnam, Tenants in
Common); Samuel Jones; Torch Capital II, LP;
Transpose Platform o/b/o TI Platform Fund II; TI
Platform NLI Venture Limited II; Transpose
Platform Fintech Fund II, L.P.; TI Platform Fund
II, LP; Treasury Fund I, LP; Y Combinator; Y
Combinator ES20, LLC; and YCC20, L.P.)*

Christopher P. Simon, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
*(Counsel to Rocket Internet Capital Partners II*
*SCS, Rocket Internet Capital Partners (Euro) II*
*SCS, GFC Global Founders Capital GmbH and*
*GFC Global Founders Capital GMBH & Co.*
*Beteiligungs KG Nr. 1)*


Dennis H. Tracey, III, Esquire
John D. Beck, Esquire
Maya Jumper, Esquire
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
*(Counsel to Rocket Internet Capital Partners II*
*SCS, Rocket Internet Capital Partners (Euro) II*
*SCS, GFC Global Founders Capital GmbH and*
*GFC Global Founders Capital GMBH & Co.*
*Beteiligungs KG Nr. 1)*