**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors,[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**NOTICE OF RETURN OF SERVICE OF SUBPOENA ON NON-PARTY CAN SUN**

PLEASE TAKE NOTICE that on December 14, 2024, counsel for the defendants listed on Annex A and Annex B attached hereto (collectively, the "Defendants") caused a Subpoena (a copy of which is attached hereto as **Exhibit A**) to be served on Can Sun via personal service at 49 Old Highway 22, Apartment 413, Clinton, NJ 08809.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 17, 2024
Wilmington, Delaware

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**

/s/ *Daniel A. Mason*
Daniel A. Mason (Del. Bar No. 5206)
Elizabeth Wang (Del. Bar No. 6620)
1313 North Market Street, Suite 806
P.O. Box 32
Wilmington, DE 19899-0032
Telephone: (302) 655-4410
Fax: (302) 655-4420
Email: dmason@paulweiss.com
Email: ewang@paulweiss.com

William A. Clareman (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Kenneth S. Ziman (*pro hac vice*)
Max H. Siegel (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 492-0248
Email: wclareman@paulweiss.com
Email: glaufer@paulweiss.com
Email: kziman@paulweiss.com
Email: msiegel@paulweiss.com

Randall S. Luskey (*pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Fax: (202) 204-7391
Email: rluskey@paulweiss.com

*Counsel to the Defendants Listed on Annex A*

**SAUL EWING LLP**
*/s/ Lucian B. Murley*
Lucian B. Murley (No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266

Wilmington, DE 19801
Telephone: (302) 421-6898
Email: luke.murley@saul.com

-and-

**PALLAS PARTNERS (US) LLP**
mailto:Joshua A. Naftalis (admitted *pro hac vice*)
Duane L. Loft (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Email: joshua.naftalis@pallasllp.com
Email: duane.loft@pallasllp.com
Email: anastasia.cembrovska@pallasllp.com
Email: jingxi.zhai@pallasllp.com
Email: adair.kleinpeter-ross@pallasllp.com

*Counsel to the Defendants Listed on Annex B*

**ANNEX A**

The 2016 Karkal Family Trust
Acrew Capital Fund (A), L.P.
Acrew Capital Fund, L.P.
Acrew Capital MGP, LLC
Bain Capital Venture Fund 2019 LP
BCIP Venture Associates II, L.P.
BCIP Venture Associates II-B, L.P.
BCV 2019-MD Primary, L.P.
Buckley Ventures GP, LLC
Buckley Ventures, LP
Correlation Ventures II, LP
Fin VC Regatta I, LP
Homebrew Ventures III, LP
Jonathan Christodoro
Kamran Ansari
Launchpad Capital Fund I LP
LGF II, L.P.
Liquid 2 Ventures Fund II, L.P.
Propel Venture Partners, LLC
Propel Venture Partners US Fund I LP
Putnam (Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common)
Samuel Jones
Torch Capital II, LP
Transpose Platform o/b/o TI Platform Fund II
TI Platform NLI Venture Limited II
Transpose Platform Fintech Fund II, L.P.
TI Platform Fund II, LP
Treasury Fund I, LP
Y Combinator ES20, LLC
YCC20, L.P.

**ANNEX B**

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP

Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust