**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD. *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**DECLARATION OF JOSHUA A. NAFTALIS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINTS**

Pursuant to 28 U.S.C. § 1746, I, Joshua A. Naftalis, state as follows:

1. I am a partner at the law firm Pallas Partners (US) LLP, co-counsel to the defendants listed on Annex A hereto (the "Defendants"). I respectfully make this declaration in support of

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Defendants' Motions to Dismiss the Amended Complaints filed in Adv. Pro. No. 23-50379 and Adv. Pro. No. 23-50380. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify to the truth of the following statements.

2. Attached hereto as **Exhibit A** is a true and correct copy of an article authored by MacKenzie Sigalos, published by CNBC on October 7, 2024, titled "FTX creditors will make money on bankruptcy: $1.19 for every dollar." The article can be accessed at: https://tinyurl.com/FTX-Amended-Plan.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the transcript of the trial testimony of Nishad Singh in *United States v. Bankman-Fried*, 22-cr-00673 (S.D.N.Y. Oct. 16, 2023). *See* Trial Tr. at 1414:19–21, ECF No. 366. Such testimony is referenced in paragraph 65 of the Amended Complaint, Adv. Pro. No. 23-50380, D.I. 369.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Signed on January 15, 2025 at New York, New York.

*/s/ Joshua A. Naftalis*
Joshua A. Naftalis

**Annex A**

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adam Boryenace
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
Craig Shindledecker
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Lindsey Boerner
Matthew Lyon
Michael Ferrari
Michael Giles
Michael McGee
Monique Saugstad
Motivate Ventures Fund I, LP

Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stanton Camp
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
Tana A. Lawler
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
Tim Millar
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hocket Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust