# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

v. 22 CR 673 (LAK)

SAMUEL BANKMAN-FRIED,

Defendant. Trial
------------------------------x

New York, N.Y.
October 16, 2023
9:40 a.m.

Before:

HON. LEWIS A. KAPLAN,

District Judge

APPEARANCES

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
BY: DANIELLE R. SASSOON
NICOLAS ROOS
DANIELLE KUDLA
SAMUEL RAYMOND
THANE REHN
Assistant United States Attorneys

COHEN & GRESSER, LLP
Attorneys for Defendant
BY: MARK S. COHEN
CHRISTIAN R. EVERDELL
SRI K. KUEHNLENZ
DAVID F. LISNER

Also Present:
Luke Booth, FBI
Kristin Allain, FBI
Arjun Ahuja, USAO Paralegal Specialist
Grant Bianco, USAO Paralegal Specialist

service?

A. I believe when I signed up to open the account.

Q. And that was, I think you testified, in about March or April 2021?

A. As close as I recall, March, 31, April 1ish, 2021.

MR. RAYMOND: No further questions, your Honor.

THE COURT: Thank you, Mr. Raymond.

Mr. Lisner.

MR. LISNER: Nothing from the defense, your Honor.

THE COURT: Thank you.

You are excused. Thank you.

(Witness excused)

THE COURT: Next witness, please.

MR. ROOS: Thank you, your Honor. The government calls Nishad Singh.

NISHAD SINGH,

called as a witness by the government,

having been duly sworn, testified as follows:

THE COURT: You may proceed, Mr. Roos.

MR. ROOS: Thank you, your Honor.

DIRECT EXAMINATION

BY MR. ROOS:

Q. Mr. Singh, where were you working last year?

A. At FTX.

Q. What was your job at FTX?

points when I felt like our real obligation to be doing so was not being taken seriously and that it was much, much more that was either cuttable or at least strongly curtailed, that Sam simply wasn't cutting.

Q. Now after the conversation with the defendant about the $13 billion hole, what, if any spending did you speak to him about specifically?

A. I spoke to him about various endorsement deals, spoke to him about reversing the AZA acquisition, spoke to him about reversing the Embed acquisition, spoke to him about canceling the kind of disgusting FTX office plans——it was going to be a big F——that cost——at first I heard 50 million, eventually 250 million.

Q. Let me ask you about what things you just said.

You said AZA. What's that?

A. I forgot what it stands for, but it's a payments company that FTX had——was some part of the way through acquiring, but I believe was still a reversible transaction.

Q. And what's Embed?

A. Embed is a company that FTX.US acquired at Brett Harrison's behest to list FTX.US stocks.

Q. In September of 2022, did you have any disagreements with the defendant about spending?

A. Yeah.

Q. What topics did you disagree with him on?