**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD. *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-50380 (JTD) |

**CERTIFICATE OF SERVICE**

I, Lucian B. Murley, hereby certify that on January 15, 2025, I served a copy of *Declaration of Joshua A. Naftalis in Support of Defendants' Motions to Dismiss the Amended Complaints* via Electronic Mail upon the persons listed on the Service List attached hereto.

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

**Service List**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to the Plaintiffs)*

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Justin J. Decamp, Esquire
Christopher J. Dunne, Esquire
125 Broad Street
New York, NY 10004
(*Counsel to the Plaintiffs*)

Sascha N. Rand, Esquire
Isaac Nesser, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*(Counsel to the Plaintiffs)*

William Burck, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
*(Counsel to the Plaintiffs)*

K. John Shaffer, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
*(Counsel to the Plaintiffs)*

Carly S. Everhardt, Esquire
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
*(Counsel to Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A)*

Robert T. Honeywell, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
*(Counsel to Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group - Embedded Financial Technologies Trust A)*

Christopher P. Simon, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
*(Counsel to Rocket Internet Capital Partners II SCS, Rocket Internet Capital Partners (Euro) II SCS, GFC Global Founders Capital GmbH and GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1)*

Dennis H. Tracey, III, Esquire
John D. Beck, Esquire
Maya Jumper, Esquire
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
*(Counsel to Rocket Internet Capital Partners II SCS, Rocket Internet Capital Partners (Euro) II SCS, GFC Global Founders Capital GmbH and GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1)*