# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>         Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>         Plaintiff,<br><br>    - against -<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>         Defendants. | Adv. Pro. No. 23-50379 (KBO) |
| FTX RECOVERY TRUST,<br><br>         Plaintiff,<br><br>    - against -<br><br>MICHAEL GILES, *et al.*,<br><br>         Defendants. | Adv. Pro. No. 23-50380 (KBO) |

**FIFTH STIPULATION TO MODIFY CASE MANAGEMENT PLAN AND SCHEDULING ORDER AND THIRD STIPULATION TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTIONS TO DISMISS THE AMENDED COMPLAINTS**

This stipulation (the "Fifth Stipulation") is made and entered into by and among plaintiff FTX Recovery Trust (the "Plaintiff") and defendants in the above-captioned adversary proceedings (the "Adversary Proceedings") and defendants therein, (collectively, "Defendants," and together with Plaintiff, the "Parties"), as specified in the signature pages of this Fifth Stipulation, by and through their respective undersigned counsel. In support of the Fifth Stipulation, the Parties respectfully state as follows:

WHEREAS on May 17, 2023, the Plaintiffs commenced the Adversary Proceedings in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS on July 18, 2023, the Court entered the *Case Management Plan and Scheduling Order* in each of the Adversary Proceedings [Adv. D.I. 27 & 78, respectively] (the "Scheduling Order") establishing a case schedule made applicable to both Adversary Proceedings;

WHEREAS paragraph seven of the Scheduling Order provides that the "parties may modify any provision hereof on written agreement";

WHEREAS on November 10, 2023, the Parties filed a *Certification of Counsel Regarding Order Approving Stipulation to Modify Case Management Plan and Scheduling Order* [Adv. D.I. 89 & 200, respectively], which the Court approved on November 13, 2023 [Adv. D.I. 90 & 201, respectively];

WHEREAS on December 18, 2023, the Parties filed a second *Stipulation to Modify Case Management Plan and Scheduling Order* [Adv. D.I. 93 & 213, respectively];

WHEREAS on February 21, 2024, the Parties filed a third *Stipulation to Modify Case Management Plan and Scheduling Order* [Adv. D.I. 113 & 240, respectively];

WHEREAS on October 11, 2024, the Parties filed a fourth *Stipulation to Modify Case Management Plan and Scheduling Order* [Adv. D.I. 144 & 270, respectively], which the Court approved on October 15, 2025 [Adv. D.I. 155 & 283, respectively];

WHEREAS on December 23, 2024, the Parties filed a *Stipulation Regarding the Briefing Schedule for the Motion to Dismiss the Amended Complaint* [Adv. D.I. 196 & 373, respectively], which the Court approved and entered on January 7, 2025 [Adv. D.I. 198 & 376, respectively] (the "Briefing Scheduling Order"), establishing the following deadlines: January 15, 2025 for Defendants to file any motion(s) to dismiss the Amended Complaints; February 14, 2025 for Plaintiff to file any opposition to the motion(s) to dismiss the Amended Complaints; and March 3, 2025 for Defendants to file any replies in support of the motion(s) to dismiss the Amended Complaints;

WHEREAS paragraph three of the Briefing Scheduling Order provides that the "[t]he Parties may consensually modify the MTD Briefing Schedule; provided that they file a notice with the Court of any such modifications";

WHEREAS on January 15, 2025, Defendants filed their motions to dismiss the Amended Complaints [Adv. D.I. 199, 202 & 379, 382, respectively];

WHEREAS on February 14, 2025, Plaintiff filed its opposition to Defendants' motions to dismiss the Amended Complaints [Adv. D.I. 206 & 386, respectively];

WHEREAS on February 21, 2025 the Parties filed a *Stipulation to Modify the Briefing Schedule for the Motions to Dismiss the Amended Complaints* [Adv. D.I. 208 & 387, respectively];

WHEREAS on March 24, 2025 the Parties filed a second *Stipulation to Modify the Briefing Schedule for the Motions to Dismiss the Amended Complaints* [Adv. D.I. 212 & 392, respectively];

WHEREAS under the Briefing Scheduling Order, as modified by the second *Stipulation to Modify the Briefing Schedule for the Motions to Dismiss the Amended Complaints*, Defendants' deadline to file any replies in support of their motions to dismiss the Amended Complaints is April 16, 2025; and

WHEREAS the Parties have conferred and agree to modify the Scheduling Order and Briefing Scheduling Order to extend the deadlines set forth therein.

**NOW, THEREFORE**, it is hereby stipulated and agreed, by and among the Parties, that:

1. Paragraph 3 of the Briefing Scheduling Order is modified to extend the Defendants' deadline to file any replies in support of their motions to dismiss the Amended Complaints to May 16, 2025.

2. Paragraph 4(b)(iii) of the Scheduling Order is modified to provide that the Parties shall substantially complete production of documents in response to document requests served before November 1, 2024 by May 26, 2025.

3. Paragraph 4(b)(iv) of the Scheduling Order is modified to extend the deadline by which Parties must provide logs of documents withheld or redacted on privilege grounds to June 9, 2025.

4. Paragraph 4(c)(i) of the Scheduling Order is modified to extend the deadline for Plaintiffs' initial expert reports to August 11, 2025.

5. Paragraph 4(c)(ii) of the Scheduling Order is modified to extend the deadline for Defendants' expert reports—including rebuttal reports in response to Plaintiffs' initial expert reports and expert reports on a subject not addressed in Plaintiffs' initial expert reports—to September 11, 2025.

6. Paragraph 4(c)(iii) of the Scheduling Order is modified to extend the deadline for Plaintiffs to serve a rebuttal expert report in the event that Defendants' experts reports address a subject not addressed in Plaintiffs' initial expert reports to October 13, 2025.

7. Paragraph 4(c)(v) of the Scheduling Order is modified to extend the Parties' deadline to complete expert depositions to November 17, 2025.

8.      Paragraph 4(d)(i) of the Scheduling Order is modified to extend the Parties' deadline to file motions for summary judgement to December 15, 2025.

9.      Paragraph 4(d)(ii) of the Scheduling Order is modified to extend the Parties' deadline to file any oppositions to motions for summary judgement to January 19, 2026.

10.     Paragraph 4(d)(iii) of the Scheduling Order is modified to extend the Parties' deadline to file any replies in support of motions for summary judgement to February 23, 2026.

Dated: April 16, 2025
Wilmington, Delaware

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **SAUL EWING LLP** |
| */s/ Richard S. Cobb* | */s/ Nicholas Smargiassi* |
| Adam G. Landis (No. 3407) | Lucian B. Murley (No. 4892) |
| Richard S. Cobb (No. 3157) | Nicholas Smargiassi (No. 7265) |
| Matthew B. McGuire (No. 4366) | 1201 North Market Street, Suite 2300, |
| Matthew R. Pierce (No. 5946) | P.O. Box 1266 |
| 919 Market Street, Suite 1800 | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | Telephone: (302) 421-6898 |
| Telephone: (302) 467-4400 | Email: luke.murley@saul.com |
| Facsimile: (302) 467-4450 | nicholas.smargiassi@saul.com |
| Email: landis@lrclaw.com | |
| cobb@lrclaw.com | |
| mcguire@lrclaw.com | -and- |
| pierce@lrclaw.com | |
| | **PALLAS PARTNERS (US) LLP** |
| *Counsel for Plaintiff* | Joshua A. Naftalis (admitted *pro hac vice*) |
| | Duane L. Loft (admitted *pro hac vice*) |
| -and- | Anastasia Cembrovska (admitted *pro hac vice*) |
| | Jingxi Zhai (admitted *pro hac vice*) |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Adair Kleinpeter-Ross (admitted *pro hac vice*) |
| | 75 Rockefeller Plaza |
| Sascha N. Rand (admitted *pro hac vice*) | New York, NY 10019 |
| Isaac Nesser (admitted *pro hac vice*) | Telephone: (212) 970-2300 |
| 51 Madison Ave, 22nd Floor | Email: joshua.naftalis@pallasllp.com |
| New York, NY 10010 | duane.loft@pallasllp.com |
| Telephone: (212) 849-7000 | anastasia.cembrovska@pallasllp.com |
| Facsimile: (212) 849-7100 | jingxi.zhai@pallasllp.com |
| Email: sascharand@quinnemanuel.com | adair.kleinpeter-ross@pallasllp.com |
| isaacnesser@quinnemanuel.com | |
| | *Counsel for the Defendants Listed in Annex A* |
| William Burck | |
| 1300 I Street NW, Suite 900 | |
| Washington, D.C. 20005 | |
| Telephone: (202) 538-8000 | |
| Facsimile: (202) 538-8100 | |
| Email: williamburck@quinnemanuel.com | |
| | |
| *Counsel for Plaintiff in Adv. Pro. No. 23-50379* | |
| | |
| -and- | |

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
       glueksteinb@sullcrom.com
       decampj@sullcrom.com
       dunnec@sullcrom.com

*Counsel for Plaintiff in Adv. Pro. No. 23-50380*

| | |
|---|---|
| **CROSS & SIMON, LLC** | **K&L GATES LLP** |
| */s/ Christopher P. Simon* | */s/ Matthew B. Goeller* |
| Christopher P. Simon (No. 3697) | Steven L. Caponi (No. 3484) |
| 1105 North Market Street, Suite 901 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19801 | 600 N. King St., Suite 901 |
| Telephone: (302) 777-4200 | Wilmington, DE 19801 |
| Email: csimon@crosslaw.com | Telephone: (302) 416-7000 |
| | Email: steven.caponi@klgates.com |
| -and- |        matthew.goeller@klgates.com |
| **HOGAN LOVELLS US LLP** | Robert T. Honeywell |
| Dennis H. Tracey, III (admitted *pro hac vice*) | K&L Gates LLP |
| Maya Jumper (admitted *pro hac vice*) | 599 Lexington Avenue |
| 390 Madison Avenue | New York, NY 10019 |
| New York, NY 10017 | Email: robert.honeywell@klgates.com |
| Tel.: (212) 918-3000 | |
| Fax: (212) 918-3100 | *Counsel for Defendants Alumni Ventures Group* |
| Email: dennis.tracey@hoganlovells.com | *Embedded Trust and Alumni Ventures Group –* |
|        maya.jumper@hoganlovells.com | *Embedded Financial Technologies Trust A* |
| *Counsel for Defendants Rocket Internet Capital Partners II SCS, Rocket Internet Capital Partners (Euro) II SCS, GFC Global Founders Capital GMBH and GFC Global Founders Capital GMBH & Co* | |

# ANNEX A

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP

S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust