# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, *et al.*,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 23-50379 (KBO) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 23-50380 (KBO) |

## STIPULATION OF DISMISSAL

This stipulation is made and entered into by and among plaintiff FTX Recovery Trust (the "Plaintiff") and the defendants in the above-captioned adversary proceedings (the "Defendants," and together with the Plaintiff, the "Parties"), by and through their respective undersigned counsel. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, it is hereby stipulated and agreed, by and among the Parties, that all claims in the above-captioned adversary proceeding against the Defendants identified in **Exhibit A** hereto are dismissed with prejudice.  For the avoidance of doubt, notwithstanding the foregoing, this

-2-

Stipulation of Dismissal shall not affect any claims asserted by the Plaintiff against any of the Defendants identified in **Exhibit B** hereto.

Dated: May 12, 2025
Wilmington, Delaware

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **SAUL EWING LLP** |
| */s/ Matthew B. McGuire* | */s/ Lucian B. Marley* |
| Adam G. Landis (No. 3407) | Lucian B. Murley (No. 4892) |
| Matthew B. McGuire (No. 4366) | 1201 North Market Street, Suite 2300, |
| Kimberly A. Brown (No. 5138) | P.O. Box 1266 |
| Matthew R. Pierce (No. 5946) | Wilmington, DE 19899 |
| 919 Market Street, Suite 1800 | Telephone: (302) 421-6898 |
| Wilmington, Delaware 19801 | Email: luke.murley@saul.com |
| Telephone: (302) 467-4400 | |
| Facsimile: (302) 467-4450 | -and- |
| Email: landis@lrclaw.com | |
|       mcguire@lrclaw.com | **PALLAS PARTNERS (US) LLP** |
|       brown@lrclaw.com | Joshua A. Naftalis (admitted *pro hac vice*) |
|       pierce@lrclaw.com | Duane L. Loft (admitted *pro hac vice*) |
| | Anastasia Cembrovska (admitted *pro hac vice*) |
| *Counsel for Plaintiff* | Jingxi Zhai (admitted *pro hac vice*) |
| | Adair Kleinpeter-Ross (admitted *pro hac vice*) |
| -and- | 75 Rockefeller Plaza |
| | New York, NY 10019 |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Telephone: (212) 970-2300 |
| | Email: joshua.naftalis@pallasllp.com |
| Sascha N. Rand (admitted *pro hac vice*) |       duane.loft@pallasllp.com |
| Isaac Nesser (admitted *pro hac vice*) |       anastasia.cembrovska@pallasllp.com |
| 51 Madison Ave, 22nd Floor |       jingxi.zhai@pallasllp.com |
| New York, NY 10010 |       adair.kleinpeter-ross@pallasllp.com |
| Telephone: (212) 849-7000 | |
| Facsimile: (212) 849-7100 | *Counsel for the Defendants Listed in Annex A* |
| Email: sascharand@quinnemanuel.com | |
| isaacnesser@quinnemanuel.com | |

William Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email:  williamburck@quinnemanuel.com

*Counsel for Plaintiff in Adv. Pro. No. 23-50379*

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com

*Counsel for the Plaintiff in Adv. Pro. No. 23-50380*

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Email: csimon@crosslaw.com

-and-

**HOGAN LOVELLS US LLP**
Dennis H. Tracey, III (admitted *pro hac vice*)
Maya Jumper (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
Email: dennis.tracey@hoganlovells.com
maya.jumper@hoganlovells.com

*Counsel for Defendants Rocket Internet Capital Partners II SCS, Rocket Internet Capital Partners (Euro) II SCS, GFC Global Founders Capital GMBH and GFC Global Founders Capital GMBH & Co*

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com
matthew.goeller@klgates.com

Robert T. Honeywell
K&L Gates LLP
599 Lexington Avenue
New York, NY 10019
Email: robert.honeywell@klgates.com

*Counsel for Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group – Embedded Financial Technologies Trust A*

# ANNEX A

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre

PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Tru