## Exhibit A

### Defendants Unaffected by Stipulation of Dismissal

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures LP
Christian Nordby
Clayton Gardner
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
Jonathan Duarte
Jonathan Weiner
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kick the Hive LLC
KV5 Pty Ltd a/t/f KV5 Trust
Michael Ferrari
Michael Giles
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund III Partners LLC
Soma Capital Fund, III, LP
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC

Venture Souq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
Z Perret Trust
Derek Clark
John Dwyer
Acrew Capital Fund (A), L.P.
Acrew Capital Fund, L.P.
Acrew Capital MGP, LLC
Bain Capital Venture Fund 2019 LP
BCIP Venture Associate II-B, L.P.
BCIP Venture Associates II, L.P.
BCV 2019-MD Primary, L.P.
Buckley Ventures GP, LLC
Buckley Ventures, LP
Correlation Ventures II, LP
Fin VC Regatta I, LP
Homebrew Ventures III, LP
Jonathan Christodoro
Kamran Ansari
Launchpad Capital Fund I LP
LGF II, L.P.
Liquid 2 Ventures Fund II, L.P.
Propel Venture Partners US Fund I LP
Propel Venture Partners, LLC
Samuel Jones
The 2016 Karkal Family Trust
TI Platform Fund II, LP
TI Platform NLI Venture Limited II
Torch Capital II, LP
Transpose Platform Fintech Fund II, L.P.
Transpose Platform o/b/o TI Platform Fund II
Treasury Fund I, LP
Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common
Y Combinator ES20, LLC
YCC20, L.P.
GFC Global Founders Capital GMBH
GFC Global Founders Capital GMBH & Co. Beteiligungs KG NR. 1
Rocket Internet Capital Partners (EURO) II SCS
Rocket Internet Capital Partners II SCS
Kiara Baudoin
David Meents
Michael McGee
Stanton Camp
Tim Millar
Brent Johnson

Tana A. Lawler
Dena Wever
Lindsey Boerner
Christopher Young
Adam Boryenace
Craig Shindledecker
Justin Lovero
Matthew Lyon
Brandon Mann
Joshua Allen Slate
Monique Saugstad
Philippe Jabre
Stephen Harper
Christopher Harper