### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) |
| FTX RECOVERY TRUST, <br><br> Plaintiff, <br><br> -against- <br><br> MICHAEL GILES, *et al.*, <br><br> Defendants. | Adv. Pro. No. 23-50380 (KBO) |

### STIPULATION OF DISMISSAL

This stipulation is made and entered into by and among plaintiff FTX Recovery Trust (the "Plaintiff") and defendants Michael Giles and Harland Group LLC (the "Defendants," and together with the Plaintiff, the "Parties"), by and through their respective undersigned counsel. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, it is hereby stipulated and agreed, by and among the Parties, that all claims in the above-captioned adversary proceeding against Defendants are dismissed with prejudice. For the avoidance of doubt, notwithstanding the foregoing, this Stipulation of Dismissal shall not affect any claims asserted by the Plaintiff against any of the Defendants identified in **Exhibit A** hereto.

Dated: June 9, 2025
Wilmington, Delaware

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **SAUL EWING LLP** |
| /s/ Matthew B. McGuire | /s/ Nicholas Smargiassi |
| Adam G. Landis (No. 3407) | Lucian B. Murley (No. 4892) |
| Matthew B. McGuire (No. 4366) | Nicholas Smargiassi (No. 7265) |
| Kimberly A. Brown (No. 5138) | 1201 North Market Street, Suite 2300, |
| Matthew R. Pierce (No. 5946) | P.O. Box 1266 |
| 919 Market Street, Suite 1800 | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | Telephone: (302) 421-6898 |
| Telephone: (302) 467-4400 | Email: luke.murley@saul.com |
| Facsimile: (302) 467-4450 | nicholas.smargiassi@saul.com |
| Email: landis@lrclaw.com | |
| mcguire@lrclaw.com | -and- |
| brown@lrclaw.com | |
| pierce@lrclaw.com | **PALLAS PARTNERS (US) LLP** |

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
   gluecksteinb@sullcrom.com
   decampj@sullcrom.com
   dunnec@sullcrom.com

*Counsel for the FTX Recovery Trust*

**PALLAS PARTNERS (US) LLP**
Joshua A. Naftalis (admitted *pro hac vice*)
Duane L. Loft (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Email: joshua.naftalis@pallasllp.com
   duane.loft@pallasllp.com
   anastasia.cembrovska@pallasllp.com
   jingxi.zhai@pallasllp.com
   adair.kleinpeter-ross@pallasllp.com

*Counsel for Defendants Michael Giles and Harland Group LLC*