## Exhibit A

## Defendants Unaffected by Stipulation of Dismissal

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adam Boryenace
Adapt VC LLC
Akhil Paul
Alumni Ventures Group
Alumni Ventures Group - Embedded Trust
Alumni Ventures Group - Embedded Financial Technologies Trust A
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Young
Clayton Gardner
Craig Shindledecker
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
GFC Global Founders Capital GMBH
GFC Global Founders Capital GMBH & Co. Beteiligungs KG NR. 1
Rocket Internet Capital Partners II SCS
Rocket Internet Capital Partners (Euro) II SCS
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust

Lindsey Boerner
Matthew Lyon
Michael Ferrari
Michael McGee
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stanton Camp
Stuart Sopp
SWS Holding Company, LLC
Tana A. Lawler
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
Tim Millar
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust
Y Combinator ES20, LLC
The 2016 Karkal Family Trust
Liquid 2 Ventures Fund II, LP
Jonathan Christodoro
Kamran Ansari
Buckley Ventures GP, LLC
Buckley Ventures, LP
LGF II, LP
Acrew Capital Fund, L.P.
Acrew Capital MGP, LLC
Acrew Capital Fund (A), L.P.
BCIP Venture Associates II - B LP
BCIP Venture Associates II LP
Bain Capital Venture Fund 2019 LP
BCV 2019-MD Primary LP
Homebrew Ventures III, LP
Correlation Ventures II, LP
Launchpad Capital Fund I LP

-iii-

Launchpad Capital Fund I-B LP
Propel Venture Partners, LLC
Propel Venture Partners US Fund I LP
Treasury Fund I, LP
YCC20, L.P.
TI Platform NLI Venture Limited II
Torch Capital II, LP
Transpose Platform Fintech Fund II, L.P.
Fin VC Regatta I, LP
TI Platform Fund II, LP
Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common
Samuel Jones
Christopher Harper
Stephen Harper
Philippe Jabre