# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                        Plaintiff,<br><br>          -against-<br><br>MICHAEL GILES, *et al.*,<br><br>                      Defendants. | Adv. Pro. No. 23-50380 (KBO) |

## **AFFIDAVIT OF SERVICE**

      I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On June 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Adversary Proceeding 23-50380 Notice Parties Service List attached hereto as **Exhibit A**:

- Stipulation of Dismissal [Docket No. 401]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: June 23, 2025

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 23, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ MARK M BROWN*
Notary Public, State of New York
No. 02BR6305738
Qualified in New York County
My Commission Expires August 24, 2026

**Exhibit A**

## Exhibit A
Adversary Proceeding 23-50380 Notice Parties Service List
Served via Email

| NAME | EMAIL |
| --- | --- |
| PALLAS PARTNERS (US) LLP | joshua.naftalis@pallasllp.com<br>duane.loft@pallasllp.com<br>anastasia.cembrovska@pallasllp.com<br>jingxi.zhai@pallasllp.com<br>adair.kleinpeter-ross@pallasllp.com |
| SAUEL EWING LLP | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |